**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BASIL BOURQUE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LG CHEM AMERICA, INC. et al.,<br><br>Defendants | Case No. 3:13-cv-01412-LB<br>Pleading Type: Class Action<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO STAY PROCEEDINGS<br><br>Judge: The Honorable Laurel Beeler |

Having reviewed Plaintiff's Administrative Motion to Stay Proceedings, and for good cause shown,

**IT IS HEREBY ORDERED:**

Plaintiff's Administrative Motion to Stay Proceedings in this action is **GRANTED**. This action is hereby stayed until an order is issued on Plaintiff's motion to relate cases, Doc. 73, in *Young et al. v. LG Chem, LTD. et al.*, Case No. 4:12-cv-05129-YGR (N.D. Cal.), MDL No. 2420.

**IT IS SO ORDERED.** Case Management Conference set for October 3, 2013 at 11:00 a.m. A Joint Case Management Conference Statement due September 26, 2013.

Dated: May 22, 2013

_____
The Honorable Laurel Beeler
United States Magistrate Judge

---

*Bourque v. LG Chem America et al.*, Case No: 3:13-CV-01412-LB
[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO STAY PROCEEDINGS

DATED: May 15, 2013					Respectfully Submitted,

/s/ Gregory S. Weston
Gregory S. Weston

**THE WESTON FIRM**
GREGORY S. WESTON
JACK FITZGERALD
MELANIE PERSINGER
1405 Morena Blvd., Suite 201
San Diego, CA  92110
Telephone: (619) 798-2006
Facsimile: (480) 247-4553

**Counsel for Plaintiff and
the Proposed Classes**

1

*Bourque v. LG Chem America et al.*, Case No: 3:13-CV-01412-LB
[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO STAY PROCEEDINGS