1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BASIL BOURQUE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br>LG CHEM AMERICA, INC. et al.,<br>Defendants | Case No. 3:13-cv-01412-LB<br>Pleading Type: Class Action<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO STAY PROCEEDINGS**<br><br>Judge: The Honorable Laurel Beeler |

Having reviewed Plaintiff's Administrative Motion to Stay Proceedings, and for good cause shown,

**IT IS HEREBY ORDERED:**

Plaintiff's Administrative Motion to Stay Proceedings in this action is **GRANTED**. This action is hereby stayed until an order is issued on Plaintiff's motion to relate cases, Doc. 73, in *Young et al. v. LG Chem, LTD. et al.*, Case No. 4:12-cv-05129-YGR (N.D. Cal.), MDL No. 2420. Case Management Conference set for October 3, 2013 at 11:00 a.m.  A Joint Case Management **IT IS SO ORDERED.**  Conference Statement due September 26, 2013.

Dated: ___May 22, 2013_____      _____
The Honorable Laurel Beeler
United States Magistrate Judge

DATED: May 15, 2013

Respectfully Submitted,

/s/ Gregory S. Weston
Gregory S. Weston

**THE WESTON FIRM**
GREGORY S. WESTON
JACK FITZGERALD
MELANIE PERSINGER
1405 Morena Blvd., Suite 201
San Diego, CA  92110
Telephone: (619) 798-2006
Facsimile: (480) 247-4553

**Counsel for Plaintiff and
the Proposed Classes**

*Bourque v. LG Chem America et al.*, Case No: 3:13-CV-01412-LB
[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO STAY PROCEEDINGS